# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163184(37)

TIM MADSEN,
      Plaintiff-Appellant,

v

                                  SC: 163184
                                  COA: 352974

KOHL'S DEPARTMENT STORES, INC.,
and KIMBERLY SCHRADE,
      Defendants-Appellees.

Genesee CC: 18-112040-CZ

_____ /

      On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 18, 2021.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2021



                               Clerk